Anna Y. Park, CA SBN 164242
Jonathan Klein, CA SBN 246371
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorney for U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

F I L E D
Clerk
District Court

JUN 2 4 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## UNITED STATES DISTRICT COURT

## NORTHERN MARIANA ISLANDS

IN RE: APPLICATION OF
JONATHAN KLEIN TO
PRACTICE BEFORE THE COURT

MISC. NO. MC 08 - 00034

VERIFIED PETITION OF
JONATHAN KLEIN FOR
ADMISSION TO THE BAR OF THIS
COURT PURSUANT TO LOCAL
RULE 83.5(c)

### DECLARATION OF JONATHAN KLEIN

1. My name is Jonathan Klein and I am an Attorney employed by the United States Equal Employment Opportunity Commission ("EEOC") for the Los Angeles District. The Los Angeles District includes the area of the Northern Mariana Islands.

2. I expect to appear before this Court on behalf of the United States in all matters brought by the EEOC.

3. I am an active member in good standing of the bar of the State of California, having been admitted in December 2006, California State Bar No. 246371. Said membership allows me to practice before all courts within the State

of California, including the California Supreme Court which is the highest court in that jurisdiction.

4. I have been admitted to the Bar of each of the following United States District Courts:

    Central District of California – December 2006

5. I reside in the City of Los Angeles, California.

6. My business address is:
United States Equal Employment Opportunity Commission
Legal Unit
255 E. Temple Street, 4th Floor
Los Angeles, CA 90012

7. I remain a member in good standing of all Bars to which I have been admitted.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed this 20th day of June, 2008, at Los Angeles, California.

                                  _____
                                  JONATHAN KLEIN
                                  Attorney

                                  U.S. EQUAL EMPLOYMENT
                                  OPPORTUNITY COMMISSION