Anna Y. Park, CA SBN 164242
Jonathan Klein, CA SBN 246371
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorney for U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

FILED
Clerk
District Court

JUN 2 4 2008

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

## UNITED STATES DISTRICT COURT
## NORTHERN MARIANA ISLANDS

IN RE: APPLICATION OF
JONATHAN KLEIN TO
PRACTICE BEFORE THE COURT

MISC. NO. MC 08-00034

OATH OF ADMISSION FOR
JONATHAN KLEIN

### OATH OF ADMISSION

I solemnly swear (or affirm) that I will support the Constitution and laws of the United States; that I will bear true allegiance to the United States; that I will maintain due respect for United States Courts and Judicial Officers; and that I will conduct myself conscientiously as an attorney of this Court.

Dated: June 20, 2008

_____
JONATHAN KLEIN
Attorney

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

-1-